# EXHIBIT C-3

# Inspection Photos

## Mosaic Property

Property Inspection Photos

Inspection Date: May 12, 2026

## Section 1: Exterior / Overview

**Photo 1 — Front Signage**



**Photo 2 — Leasing Office**



## Section 2: Plumbing / Water Issues

**Photo 3 — Improper Main Water Feed**



**Photo 10 — Improper Venting (Fire Hazard)**



**Photo 11 — Failed Plumbing Repairs**



**Photo 15 — Occupied Unit Plumbing Failure**



## Section 3: Structural – Siding & Repairs

**Photo 5 — Broken Siding**



**Photo 9 — Broken Siding**



**Photo 4 — Unworkmanlike Repairs**



**Photo 18 — Unworkmanlike Repairs**



## Section 4: Structural – Retaining Walls

**Photo 8 — Failed Retaining Wall**



**Photo 12 — Retaining Wall**



## Section 5: Structural – Stairs & Balconies

**Photo 7 — Rusted Treads (Life Safety Issue)**



**Photo 13 — Damaged Balcony (Life Safety Issue)**



## Section 6: Site / Grounds

**Photo 16 — Damaged Concrete Sidewalk**



## Section 7: Unit Conditions

**Photo 14 — Occupied Unit Rear Entrance**



**Photo 17 — Down Unit**

