# EXHIBIT C-5

# Serenity Property

Property Inspection Photos

Inspection Date: May 12, 2026

**Photo 1: Street Signage**



**Photo 2: Parking Area**



**Photo 3: Damaged Asphalt (DM)**



**Photo 4: Overhanging Trees (DM)**



**Photo 5: Balcony (DM)**



### Photo 6: Secondary Swimming Pool



**Photo 7: Boarded Windows (DM)**



**Photo 8: Typical Water Heater**



**Photo 9: Mold in Down Unit (DM)**



**Photo 10: Occupied Unit**

