**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LATITUDE DENG LLC AND | § | |
| TERRAIN DENG LLC, | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. 5:26-cv-01586-XR |
| | § | |
| FEDERAL HOME LOAN MORTGAGE | § | |
| CORPORATION, | § | |
| Defendant. | § | |

**NOTICE OF FILING OF RECEIVER'S REPORT FOR AUGUST 2026**

COMES NOW on this date, September 21, 2026, Paula Forshee, the duly appointed Receiver in the above-captioned case (the "Receiver"), and files this Notice of Filing of Receiver's Report for August 2026 with respect to the Mosaic Property and the Serenity Property (together, the "Properties"), covering the reporting period of August 1, 2026 through August 31, 2026, and in support states as follows:

1. The Receiver, Paula Forshee of Catalyst Property Solutions, LLC, was appointed Receiver of the Properties in this case by Order of this Court entered July 10, 2026 [Dkt. 27] (the "Order"), and is now acting in that capacity. This Report is submitted in accordance with Paragraph 16 of the Order.

**OVERVIEW**

2. The Properties consist of two multifamily apartment communities located in San Antonio, Texas: the "Mosaic Property," a 224-unit community located at 5380 Medical Drive, San Antonio, Texas 78249, owned by Terrain Deng LLC; and the "Serenity Property," a 268-unit community located at 6400 Wurzbach Road, San Antonio, Texas 78240, owned by

Latitude Deng LLC. This Report details the Receiver's activities and the improvements in life-safety and operating conditions at both Properties since the receivership began on July 10, 2026. The Receiver's primary objective has been to promptly address critical life-safety deficiencies to protect resident health and safety, while preserving and stabilizing the value of the Properties. Upon takeover, both Properties presented numerous emergency conditions, including failures of domestic hot water systems, deteriorated underground water and sanitary infrastructure, widespread electrical hazards, inoperable HVAC systems, mold and water intrusion, and extensive deferred maintenance.

## INITIAL ASSESSMENT / ACTION PLAN

3. Upon assuming control of the Properties, the Receiver implemented a systematic approach to stabilization, as follows:

**Initial Rapid Assessment.** The Receiver conducted on-site inspections of units, common areas, and building systems at both Properties to identify and document existing life-safety hazards, prioritizing conditions posing immediate danger to residents.

**Contractor Engagement.** Qualified and licensed contractors were promptly engaged for specialized emergency repairs, including plumbing, electrical, HVAC, and boiler and domestic hot water work. Blue Marlin Maintenance & Services was engaged and is on site performing life-safety work orders.

**Immediate Remediation.** Emergency measures were undertaken to restore essential services, correct exposed electrical hazards, restore cooling to occupied units, and repair exterior lighting to improve site safety.

**Work Order System.** A structured service-request system was established to log, track, and complete resident work orders in priority order, with life-safety items addressed first.

**STAFF AND MANAGEMENT**

4. The Receiver has established on-site management and maintenance staffing at both Properties and is actively recruiting to fill open positions. At the Mosaic Property, open positions currently include a maintenance supervisor and a maintenance technician. At the Serenity Property, open positions currently include an assistant manager, a leasing agent, a make-ready technician, and a porter. Blue Marlin Maintenance & Services is engaged on site at both Properties performing life-safety work orders and emergency repairs.

**RESIDENT CARE**

5. The Receiver has prioritized resident health and safety since the inception of the receivership. Smoke detectors have been replaced throughout the Properties to ensure compliance with fire and life-safety requirements. Essential services have been restored where they had failed, electrical hazards have been corrected, cooling has been restored to occupied units, and exterior lighting deficiencies have been repaired. Resident work orders are logged, tracked, and completed in priority order, with life-safety hazards addressed first.

**PROPERTY UNIT STATUS SUMMARY**

6. The current unit status of the Properties is summarized below:

**Occupancy.** As of August 31, 2026, the Mosaic Property has 54 occupied units of 224 total units (approximately 24.11%), and the Serenity Property has 155 occupied units of 268 total units (approximately 57.84%).

**Evictions.** The Receiver continues to pursue evictions for delinquent and non-compliant tenancies at both Properties.

**Collections.** During the reporting period, the Receiver collected $30,686.13 at the Mosaic Property and $75,941.07 at the Serenity Property. Residents are being transitioned to a new online payment portal to facilitate ongoing rent collection.

**Delinquency.** As of August 31, 2026, delinquency at the Mosaic Property totaled $21,355.10, and delinquency at the Serenity Property totaled $108,080.98, inherited from the Borrowers at takeover.

## FUNDING

7. As of August 31, 2026, the Receiver has received total funding of $434,000.00 with respect to the Mosaic Property and $437,000.00 with respect to the Serenity Property to support operations and necessary repairs during the receivership.

## RECEIPTS AND DISBURSEMENTS

8. In accordance with Paragraph 16 of the Order, the schedule of receipts and disbursements for the reporting period is attached as Appendix B. The Receiver has billed the following compensation for the reporting period: at the Mosaic Property, a start-up fee of $1,800.00, a receivership fee of $500.00, and a management fee of $5,850.00 (totaling $8,150.00); and at the Serenity Property, a start-up fee of $1,800.00, a receivership fee of $500.00, and

a management fee of $7,000.00 (totaling $9,300.00). Rents collected during the reporting period are reflected in Paragraph 6 above.

## INSURANCE

9. The Properties are currently covered under force-placed insurance. The Receiver has obtained quotes for replacement insurance coverage and is evaluating options to secure appropriate and cost-effective coverage.

## BORROWERS' COMPLIANCE

10. As of the date of this Report, the Borrowers, Terrain Deng LLC and Latitude Deng LLC, have not delivered to the Receiver any of the books, records, or other materials required to be turned over under Paragraph 7 of the Order, including property-management database (YARDI or equivalent) files, financial records, rent rolls, and related documentation. The Receiver has proceeded to stabilize and operate the Properties using information gathered through on-site inspection and from the Lender, and expressly reserves all rights and remedies with respect to the Borrowers' non-compliance with the Order.

11. Additionally, the Receiver has been unable to obtain full control over the Properties' bank accounts held at JPMorgan Chase. The Receiver is working with the Defendant and JPMorgan Chase to establish Receiver access to the Properties' operating and security deposit accounts. The Receiver has provided JPMorgan Chase with the receivership Order and supporting deposit slips reflecting the account numbers, and has opened a formal case with JPMorgan Chase's Court Order & Levy Department. JPMorgan Chase has advised that the Order does not itself list account numbers, and the Defendant continues to escalate this matter on the Receiver's behalf; the Receiver is awaiting a response.

## PROPERTY CONDITION AND CAPITAL IMPROVEMENTS

12. Both Properties presented significant deferred maintenance and emergency conditions at takeover, which the Receiver has been actively addressing. A property-by-property summary follows:

**Mosaic Property**

**Domestic Hot Water and Boilers.** At takeover the domestic hot water system was failing; the Receiver installed temporary commercial water heaters to restore service, and the permanent boiler replacement in both boiler rooms is now complete, including new 1,000,000 BTU boilers, storage tanks, and correctly sized stainless-steel recirculation pumps.

**Underground Water Distribution.** An emergency underground main water repair near Building 3 was completed after multiple line failures were discovered; the work exposed extensive prior patch repairs and mixed piping materials throughout the system. A separate leak affecting a neighboring property was confirmed to originate on the Property's domestic water system and is scheduled for repair.

**Main Water Pressure and Backflow.** The 6-inch incoming pressure-reduction and backflow assembly requires replacement, and the Receiver is working to obtain quotes for a solution.

**Electrical.** Numerous electrical hazards associated with HVAC systems were identified and corrected, including an estimated 60 to 70 disconnects and electrical whips replaced, along with boiler-room electrical upgrades.

**HVAC.** Cooling has been restored to occupied units; multiple systems required repair or replacement, and widespread theft of components from vacant units continues to require additional repairs during make-ready.

**Exterior Lighting.** All 46 exterior lighting deficiencies identified at takeover have been repaired or replaced, significantly improving site safety.

**Additional Capital Items.** Pool equipment, site grading and drainage, stair systems, retaining walls, tree work, and siding and chimney repairs are being evaluated, and the Receiver is working to obtain quotes for the necessary work.

**Serenity Property**

**Domestic Hot Water and Boilers.** A catastrophic water heater failure in Boiler Room #4 left several buildings without domestic hot water; the Receiver sourced and installed replacement equipment, restoring service within approximately twenty-four hours. Boiler Room #3 requires rehabilitation, including leak repair, mold remediation, flue replacement, gas piping upsizing, and installation of correctly sized stainless-steel recirculation pumps (which have been ordered).

**Underground Sanitary Infrastructure.** Approximately 140 linear feet of deteriorated cast iron sanitary drainage piping beneath the structure requires replacement with PVC and relocation of the affected tenant before work can begin. A separate collapsed drain that could not be cleared by hydro-jetting also requires underground repair. The Receiver is working to obtain quotes for these repairs.

**Mold and Water Intrusion.** Several units required significant mold remediation and demolition following prior water intrusion; affected units are being treated and prepared for reconstruction.

**HVAC.** The majority of units operate on aging R-22 equipment; failing systems are being replaced, and approximately 95 percent of rooftop systems have electrical deficiencies being addressed. Cooling has been restored to occupied units.

**Exterior Lighting.** Approximately 80 exterior lighting deficiencies were identified and are nearing full completion.

**Pool.** The main pool has been drained and cleaned and requires a new circulation pump and equipment-room repiping; the secondary pool will be posted with closed signage and is not being restored at this time.

**Roofing and Additional Capital Items.** Roof leaks affect more than 50 units, with limited remaining service life, and window, solar screen, carport, and exterior stairwell deficiencies have also been identified. The Receiver is working to obtain quotes for these repairs, with roofing solutions to follow the architect's specifications.

## BUDGET

13. A six-month operating and capital budget for each Property is being finalized by the Receiver and has not yet been submitted to the Defendant for review. The Receiver anticipates completing and distributing the proposed budgets in the near term, and will supplement this Report with the finalized operating and capital budgets upon completion of that review.

DATED: September 21, 2026.

Respectfully submitted,

*Paula M. Forshee*

**Paula M. Forshee, Receiver**
Catalyst Property Solutions, LLC

*The following materials are attached in support of this Report:*

**APPENDIX A – Property and Unit List**
**APPENDIX B – Financials**