# APPENDIX A

Property and Unit List

# Buildings & Units Summary

## MOSAIC AT MEDICAL CENTER

16 Buildings | 224 Units

| BUILDING | UNITS | BUILDING | UNITS | BUILDING | UNITS |
|---|---|---|---|---|---|
| 1 | **8** | 2 | **24** | 3 | **8** |
| 4 | **8** | 5 | **8** | 6 | **8** |
| 7 | **8** | 8 | **24** | 9 | **8** |
| 10 | **8** | 11 | **8** | 12 | **24** |
| 13 | **24** | 14 | **24** | 15 | **24** |
| 16 | **8** | | | | |

## SERENITY RESIDENCES

27 Buildings | 268 Units

| BUILDING | UNITS | BUILDING | UNITS | BUILDING | UNITS |
|---|---|---|---|---|---|
| 1 | **12** | 2 | **8** | 3 | **12** |
| 4 | **12** | 5 | **6** | 6 | **6** |
| 7 | **12** | 8 | **6** | 9 | **6** |
| 10 | **6** | 11 | **8** | 12 | **8** |
| 13 | **6** | 14 | **12** | 15 | **12** |
| 16 | **6** | 17 | **12** | 18 | **8** |
| 19 | **8** | 20 | **10** | 21 | **14** |
| 22 | **12** | 23 | **18** | 24 | **16** |
| 25 | **10** | 26 | **8** | 27 | **14** |